**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARRETT L. BROWN, | No. 10-17497 |
| Plaintiff - Appellant, | D.C. No. 3:08-cv-00635-KJD-GWF |
| v. | |
| PREMIER CHEMICALS, LLC, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Argued and Submitted April 17, 2012
San Francisco, California

Before: KOZINSKI, Chief Judge, McKEOWN and N.R. SMITH, Circuit Judges.

1.     The district court granted summary judgment in error, because a genuine

issue of fact exists as to whether the August 2 Family Medical Leave Act (FMLA)

certification form was sufficient under 29 C.F.R. § 825.306.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

2.     Because the district court did not address whether Brown qualified for FMLA leave, we remand this case to the district court to make that determination in the first instance.

**REVERSED and REMANDED.**